In the Matter of Ivey P. STARKS, Respondent.

(474 S.E. (2d) 421)

Supreme Court

## Aug. 9, 1996.

## ORDER

Respondent is an attorney licensed to practice law in South Carolina. He petitions to be transferred to disability inactive status pursuant to Paragraph 19 of Rule 413, SCACR.

The petition is granted and respondent is transferred to disability inactive status until further order of this Court.

IT IS SO ORDERED.

/s/ Ernest A. Finney, Jr., C.J.
/s/ Jean H. Toal, J.
/s/ James E. Moore, J.
/s/ John H. Waller, Jr., J.
/s/ E.C. Burnett, III, J.